IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REY LOGISTICS, INC. and FLEET 18, INC. : | |
| : | |
| v. : | CIVIL ACTION NO. 21-442 |
| : | |
| HEATHER DEVLIN ZLOTSHEWER, et al. : | |

**ORDER**

This 1st day of April, 2022, it is hereby **ORDERED** that Plaintiffs' Amended Motion to Compel and for Sanctions (ECF 49) is **GRANTED IN PART**, for the reasons set forth in the accompanying memorandum.[1]  With respect to Plaintiffs' Amended Motion for Sanctions, partial Judgment is entered in favor of Plaintiffs REY Logistics, Inc. and FLEET 18, Inc. and against Defendant Heather Devlin Zlotshewer in the form of injunctive relief.  Defendant is hereby enjoined from further use or dissemination of REY Logistics' proprietary information, and unauthorized access to REY Logistics' computers, and shall return any proprietary information in her possession. but is not required to pay monetary sanctions.

It is further **ORDERED** that Plaintiffs' Amended Motion to Compel Additional Documents is **DENIED** as moot.

　/s/ Gerald Austin McHugh　
United States District Judge

---

[1] Plaintiffs withdrew the Amended Motion to Compel and for Sanctions as to Defendant ARL Transport only.  ECF 50.