# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REY LOGISTICS, INC. and FLEET 18, INC. | : : : | CIVIL ACTION NO. 21-442 |
| v. | : : | |
| HEATHER DEVLIN ZLOTSHEWER | : : | |

## ORDER

This 28th day of September, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiffs REY Logistics, Inc. and Fleet 18, Inc.'s Motion for Final Judgment and an Award for Attorneys' Fees and Costs (ECF 97) is **GRANTED**.  Final Judgment is hereby **ENTERED** in favor of Plaintiff Rey Logistics, Inc. and Fleet 18, Inc., and against Defendant Heather Devlin Zlotshewer as follows:

1. Ms. Devlin is liable to Plaintiffs for the conduct set forth in Counts I-IV of the Complaint (ECF 1);

2. Plaintiffs are the prevailing parties and as such entitled to attorneys' fees and costs under the terms of Defendant's contract and under the Defend Trade Secrets Act (18 U.S.C. § 1836(b)(3)(D));

3. Ms. Devlin is liable to Plaintiffs for $61,405.00 for Plaintiffs' attorneys' fees and for costs of litigation subject to the approval of the Clerk of Court;

4. Ms. Devlin is permanently **ENJOINED** from further use or dissemination of REY Logistics' proprietary information, and from unauthorized access to REY Logistics' computers.

/s/ Gerald Austin McHugh<br>
United States District Judge